```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         NORTHERN DIVISION
                         No. 2:11-CV-67-FL
```

EVELYN EDWARDS,                )
                               )
            Plaintiff,         )
                               )
      v.                       )           ORDER
MICHAEL J. ASTRUE,             )
Commissioner of                )
Social Security                )
                               )
            Defendant.

This matter is before the Court on defendant's Motion to Set Aside Judgment. Accordingly, for good cause shown, the Court hereby directs the Clerk of the Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, to set aside the Judgment entered on March 9, 2012.

SO ORDERED this  19th  day of   March  , 2012.

*[signature]*
_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE