<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                          NORTHERN DIVISION
</pre>

EVELYN EDWARDS,                         )
                                        )
        Plaintiff,                     )
                                        )
v.                                      )       **JUDGMENT**
                                        )
                                        )       No. 2:11-CV-67-FL
                                        )
CAROLYN W. COLVIN,                      )
Acting Commissioner of Social Security, )
                                        )
        Defendant.                     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 10, 2014, that the Administrative Law Judge rendered a favorable decision to plaintiff on September 15, 2014, which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on December 10, 2014, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


December 10, 2014               JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk