> **Motion GRANTED.**
>
> This the 30th day of March, 2015.
>
> /s/Louise W. Flanagan, U.S. District Judge

```
            UNITED STATES DISTRICT COURT
        FOR THE EASTERN DIVISION OF NORTH CAROLINA
                    NORTHERN DIVISION
              Civil Action No. 2:11-CV-67-FL
```

EVELYN EDWARDS,                  )
       Plaintiff,          )   <u>MOTION TO WITHDRAW</u>
                                     )   <u>PETITION FOR</u>
  v.                              )   <u>ATTORNEY'S FEES</u>
                                     )   <u>PURSUANT TO</u>
                                     )   <u>28 U.S.C. §2412(d)</u>
CAROLYN W. COLVIN,               )
Commissioner of the              )
Social Security Administration   )
       Defendant.          )

      Plaintiff, Evelyn Edwards, respectfully requests that her Motion for Attorney Fees, previously filed on January 19th, 2015, be withdrawn.

      Respectfully submitted, this 19th day of February, 2015.

                                    BY:  /s/Kathleen Shannon Glancy

                                           Kathleen Shannon Glancy
                                           Kathleen Shannon Glancy, P.A.
                                           114 South Front Street
                                           Wilmington, NC 28401
                                           Telephone: (910)762-6091
                                           Fax: (910)763-2967
                                           E-mail: *ksglancy@glancynet.com*
                                           N.C. State Bar No. *12216*
                                           Attorney for Plaintiff